# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE


**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                                    **CRIMINAL ACTION NUMBER 3:07CR-117-08-S**


**CHRISTOPHER ALLEN KITTRELL**                                        **DEFENDANT**


## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING


Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 and 13 of the Second Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing will be scheduled by further order of the Court, before the Honorable Charles R. Simpson III, Judge United States District Court.




Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record